IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MELISSA RINKER, et al.          *

    Plaintiffs,                *

v.                           *          Civil Action No.:
                                           JFM 00 CV 936

OLIVER H. NADEAU, M.D.      *

    Defendant.               *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendant, through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41 that all of the claims made in the above-captioned case shall be dismissed with prejudice.

| | |
|---|---|
| Ruth A. Jakubowski | Gertrude C. Bartel |
| (Bar No. 01054) | (Bar No. 00052) |
| Dugan & Jakubowski, P.A. | Kramon & Graham, P.A. |
| 1966 Greenspring Drive | One South Street |
| Suite 500 | Suite 2600 |
| Timonium, Maryland 21093 | Baltimore, Maryland 21202 |
| (410) 308-1600 | (410) 752-6030 |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| | Oliver H. Nadeau, M.D. |

LAW OFFICES
KRAMON & GRAHAM, P.A.
ONE SOUTH STREET
SUITE 2600
BALTIMORE, MARYLAND 21202-3201
410-752-6030